UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60033-CIV-MARRA/JOHNSON

TERRI MILSAP, individually and
as the parent of TRISTAN BEAL,
and TERRANCE MILSAP, et al.

     Plaintiffs
vs.

CORNERSTONE RESIDENTIAL
MANAGEMENT, INC., et al.

     Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendants' Objections to Portion of Magistrate Judge's Omnibus Order Which Denied Defendants' Motion For Protective Order [DE 387]. The Court has carefully considered the motion and response, and is otherwise fully advised in the premises.

Defendants assert that Magistrate Judge Johnson misapplied Rule 30(a)(2) when she concluded that "since there are two plaintiffs in this case, Plaintiffs are entitled to a total of twenty depositions without court order." DE 384 at 12. In this respect Defendants are correct. However, while the Court disagrees with the Magistrate's reasoning as to why more than ten depositions should be permitted, the Court is in agreement that 20 depositions per side should be allowed. The Court is very familiar with this case. Based upon the number of defendants and the complexity and the complexity of the issues in this case, it is reasonable that 20

depositions per side should be permitted. Accordingly, the Court agrees with the Magistrate's result, but for different reasons. As a result, Defendants' objections are overruled.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 10th day of June, 2009.

_____
KENNETH A. MARRA
United States District Judge

copies to:

All counsel of record
Magistrate Judge Linnea R. Johnson